(118 So. 911)

### WHALEY v. STATE. (4 Div. 440.)

Court of Appeals of Alabama. Nov. 27, 1928.

A. G. Seay, of Troy, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

Brief did not reach the Reporter.

SAMFORD, J. ██ Charges 1 and 2 were properly refused. Prater v. State, 107 Ala. 26, 18 So. 238.

██ Questions raised on the admission of evidence would not authorize a reversal even if error. The testimony adduced did not, and could not, affect the substantial rights of the defendant.

There is no error, and the judgment is affirmed.

Affirmed.